**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. RICHARDSON,<br><br>Defendant. | **6:17-PO-5006-JCL**<br>CVB Violation No:<br>6327604, 6327605<br><br>ORDER DISMISSING<br>AND VACATING TRIAL |

The United States of America has moved to dismiss this matter with prejudice. Accordingly,

IT IS ORDERED that this case is **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for September 19, 2017, at 10:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at PO Box 79, East Helena, MT 59635, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 22nd day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

c:     USA
       Def
       CVB

1